**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Freddie Luster, | : |
| | : |
| Plaintiff, | : |
| | :   CIVIL ACTION NO. |
| v. | :   1:09-cv-01946-JOF-ECS |
| | : |
| Lockheed Martin Corporation, | : |
| | : |
| Defendant. | : |

**ORDER**

The undersigned hereby **RECUSES** himself from further participation in this action. The Clerk of Court is DIRECTED to reassign this case in accordance with the Internal Operating Procedures of this Court, and to notify all parties. Further, the Clerk of Court **should** assign a new case to replace this one.

**IT IS SO ORDERED** this 16th day of April, 2013.

                                              S/ J. Owen Forrester
                                              J. OWEN FORRESTER
                                SENIOR UNITED STATES DISTRICT JUDGE